IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 1:09-CR-335 (RJL) |
| **PANKESH PATEL et al.,** | |
| Defendants. | |

## DEFENDANT PANKESH PATEL'S CONSENT MOTION
## TO MODIFY CONDITIONS OF RELEASE

Defendant Pankesh Patel, through undersigned counsel, hereby submits this consent motion to modify his conditions of release in order to allow him to travel to the United Kingdom and reside there, subject to conditions imposed by this Court to ensure his presence for all necessary hearings and trial. In support thereof, Patel states as follows:

1. On January 29, 2010, following his arrest in Criminal Case No. 1:09CR340 (RJL), recently superseded by Criminal Case No. 1:09CR335 (RJL), Pankesh Patel, a citizen of the United Kingdom, was released from custody by a United States Magistrate Judge in the District of Nevada, after posting a $1,000,000 appearance bond, secured by $100,000 in cash and the deed to certain real property, appraised at roughly $590,000, owned by Patel's cousin.  Patel surrendered his passport and agreed to restricted travel in the United States and other pretrial reporting requirements.

2. On February 3, 2010, Patel appeared before this Court and the conditions of release set in Nevada were continued. Patel was permitted to travel only within a 25 mile radius of Washington, D.C.

3. Since his release Patel has abided by all required terms and conditions imposed, has regularly reported to Pre-Trial Services, and has been present in Court at all hearings that required his attendance (with prior Court approval, Patel did not attend the May 7, 2010 hearing on the Government's Motion to Toll the Speedy Trial Clock because he had withdrawn his opposition to the Government's Speedy Trial Motion and accordingly the hearing did not pertain to him).

4. On or about May 14, 2010, counsel for Patel reached agreement with counsel for the Government to request that this Court modify the conditions of release pending trial in order for Patel to return to the United Kingdom to work and be with his family. Specifically, the parties agreed to the following conditions subject to Court approval:

a. Patel will relinquish his passport to counsel upon arrival in the United Kingdom, and agree not to travel outside the United Kingdom except to return to the United States as necessary to prepare for trial or to attend hearings without a further order from this Court. In addition, Patel will not seek to obtain a new passport.

b. Patel will waive extradition should he be arrested for violating conditions of release, and sign an affidavit attesting to that fact.

c. Patel will report telephonically to the Pre-Trial Services Office on a weekly basis, or as the supervising officers require, and will abide by any other reporting requirements imposed by Pre-Trial Services.

5. In addition, Patel has withdrawn his opposition to the Government's March 10, 2010 Motion to Toll the Speedy Trial Clock (Docket No. 47).

6. Counsel for Mr. Patel has discussed these conditions with the Pre-Trial Services Office and they do not oppose this Consent Motion.

7. Counsel for the Government has reviewed this Consent Motion and does not oppose its filing or the entry of a Court Order modifying the conditions of release as requested.

For the foregoing reasons, Pankesh Patel respectfully requests that this motion be granted and that his conditions of pretrial release be modified to permit him to travel to and reside in the United Kingdom prior to the trial in this matter subject to the suggested terms and conditions imposed to assure his appearance in this Court as required.

Dated: May 20, 2010

Respectfully submitted,

　　/s/ Eric B. Bruce
Eric B. Bruce (453444)
Kobre & Kim LLP
1919 M Street
Washington, DC 20036
Phone: +1 202 664 1903
Fax: +1 202 664 1920
Email: eric.bruce@kobrekim.com
*Counsel for Pankesh Patel*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of May, 2010, the above Defendant Pankesh Patel's Consent Motion to Modify Conditions of Release was served electronically via the District Court's electronic filing system on:

| | |
|---|---|
| Hank Bond Walther<br>Joseph Lipton<br>Criminal Division, Fraud Section<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Third Floor,<br>Washington, D.C.  20530<br>hank.walther@usdoj.gov<br>joseph.lipton@usdoj.gov | Matthew C. Solomon<br>U.S. Department of Justice<br>555 4th Street, N.W.<br>Room 5233<br>Washington, D.C.  20005<br>matthew.solomon@usdoj.gov |

                                                /*s*/ Eric B. Bruce_____