IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PANKESH PATEL et al.,<br><br>Defendants. | Case No. 1:09-CR-335 (RJL) |

**FILED**

**MAY 2 4 2010**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

On this day came to be considered Defendant Pankesh Patel's Consent Motion to Modify Conditions of Release.

Having duly considered the Consent Motion, the Court finds that it has merit and should be GRANTED.

It is therefore ORDERED that Defendant Pankesh Patel be permitted to return to the United Kingdom under the following conditions:

1. Defendant will relinquish his passport to counsel upon arrival in the United Kingdom, and will not to travel outside the United Kingdom except to return to the United States as necessary to prepare for trial or to attend hearings without a further order from this Court. In addition, Defendant will not seek to obtain a new passport.

2. Defendant waives extradition should he be arrested for violating conditions of release.

3. Defendant will report telephonically to the Pre-Trial Services Office on a weekly basis, or as the supervising officers require, and will abide by any other reporting requirements imposed by Pre-Trial Services.

So ORDERED on this ___22nd___ day of May, 2010

_____
The Honorable Richard J. Leon
United States District Court Judge