IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PANKESH PATEL et al.,**<br><br>Defendants. | Case No. 1:09-CR-335  (RJL) |

### SUPPLEMENT TO DEFENDANT PANKESH PATEL'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT HIM TO TRAVEL OUTSIDE THE UNITED KINGDOM

Defendant Pankesh Patel hereby supplements his Motion to Modify Conditions of Release to Permit Him to Travel Outside the United Kingdom (Docket No. 98) to request that oral argument on this matter be heard before this Court, pursuant to Local Criminal Rule 47(f).

Dated: June 4, 2010

                                                Respectfully submitted,

                                                   /s/ Eric B. Bruce
                                                Eric B. Bruce (453444)
                                                Kobre & Kim LLP
                                                1919 M Street N.W.
                                                Washington, D.C. 20036
                                                Phone: +1 202 664 1903
                                                Fax: +1 202 664 1920
                                                Email: eric.bruce@kobrekim.com
                                                *Counsel for Pankesh Patel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2010, the above Supplement to Defendant Pankesh Patel's Motion to Modify Conditions of Release to Permit Him to Travel Outside the United Kingdom was served electronically via the District Court's electronic filing system on:

Hank Bond Walther
Laura N. Perkins
Joseph Lipton
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Third Floor,
Washington, D.C.  20005
hank.walther@usdoj.gov
laura.perkins@usdoj.gov
joseph.lipton@usdoj.gov

Matthew C. Solomon
U.S. Department of Justice
555 4th Street, N.W.
Room 5233
Washington, D.C.  20530
matthew.solomon@usdoj.gov

/s/ Eric B. Bruce