## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 09-CR-335 (RJL)** |
| | ) | |
| **AMARO GONCALVEZ, et al.,** | ) | |
| | ) | **FILED** |
| **Defendants.** | ) | |

**FILED**

**FEB 1 0 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(February 9, 2011)

Consistent with the Court's remarks on the record during previous hearings and after due consideration of the motions, it is hereby **ORDERED** that:

1. Defendants' Motion for a Bill of Particulars [#61] is **DENIED**;

2. Defendant's Motion to Compel Production of Discovery Materials by John Benson Wier III [#59] is **DENIED**;

3. Defendant's Motion to Compel Discovery by Andrew Bigelow [#60] is **DENIED**;

4. Defendant Stephen Giordanella's Motion to Compel the Government to Comply with Its Discovery Obligations [#62] is **DENIED**;

5. Defendants' Joint Motion to Compel Production of Fed. R. Crim. P. 16 and *Brady* Material by John Gregory Godsey and Mark F. Morales [#63] is **DENIED**;

6. Defendant Pankesh Patel's Motion to Compel the Government to Comply with Its Discovery Obligations [#64] is **DENIED**;

7. Joint Motion to Compel Discovery Pursuant to Fed. R. Crim. P. 16 and *Brady v. Maryland* [#65] is **DENIED**;

8. Defendant Amaro Goncalvez' Motion to Join and to Clarify the Record [#142] is **DENIED**;

9.  Defendant's Motion for Disclosure of Evidence to Be Used in Government's Case-in-Chief by John Benson Wier III [#59] is **DENIED**;

10. Defendants' Motion for an Evidentiary Hearing [#200] is **DENIED**;

11. Motion for Exculpatory and Impeachment Evidence by defendant John Benson Wier III [#204] is **DENIED**; and

12. Defendants' Motion to Dismiss or for Discovery Sanctions [#219] is **DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

2